FILED15 JUL '25 15:29USDC-ORP

**UNDER SEAL**

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KAYLA HARTLEY<br><br>Defendant. | 3:25-cr- 00295-IM<br><br>**INDICTMENT**<br><br>18 U.S.C. § 371;<br>33 U.S.C. §§ 1317(d) & 1319(c)(2)(A), &<br>18 U.S.C. § 2<br><br>**UNDER SEAL** |

**THE GRAND JURY CHARGES:**

**INTRODUCTORY ALLEGATIONS**

At all times relevant to this Indictment:

1. Bay Area Concrete LLC ("Bay Area Concrete") was a California-based company that operated construction slurry dewatering facilities in California, Oregon, and Washington. Bay Area Concrete was registered with the California Secretary of State in 2013.

2. Northwest Slurry Solutions and Hydro Excavation, LLC ("Northwest Slurry") was an Oregon-based company that operated Bay Area Concrete's facility at 1748 NE 25th Ave., Hillsboro, Oregon (the "Hillsboro facility"). Northwest Slurry's business involved the receipt, processing, and disposal of hydro excavation slurry. Northwest Slurry was registered with the Oregon Secretary of State in 2019. A company named "Bay Area Concrete, LLC" was also

registered with the Oregon Secretary of State in 2019 at 1748 NE 25th Ave., Hillsboro, Oregon. Bay Area Concrete was the parent company of Northwest Slurry. **KAYLA HARTLEY** was Director of Operations at Northwest Slurry's Hillsboro facility.

3. The Federal Water Pollution Control Act (hereinafter known as the "Clean Water Act"), Title 33, United States Code, Section 1251, et seq., was intended to restore and maintain the chemical, physical, and biological integrity of the nation's waters. Among other things, the Clean Water Act required the United States Environmental Protection Agency (hereinafter "EPA") to establish standards for the introduction of pollutants generated by industrial (non-domestic) users, such as Northwest Slurry, to publicly owned treatment works, in order to prevent pollutants from passing through, or interfering with the operation of, such treatment works. Title 33, United States Code, Section 1317(b).

4. Among the national pretreatment standards adopted under the Clean Water Act is a prohibition against the introduction of trucked or hauled pollutants to a sewer system at a discharge point not designated by the wastewater treatment plant to receive such wastes. Title 40, Code of Federal Regulations, Section 403.5(b)(8).

5. Clean Water Services ("CWS") operated a sanitary sewer system in Hillsboro, Oregon pursuant to a National Pollutant Discharge Elimination System permit under the Clean Water Act. The Clean Water Act provided that it was unlawful to operate a source in violation of a pretreatment standard. As such, CWS implemented a permitting program for industrial wastewater discharges to the sanitary sewer. CWS's permitting program prohibited the discharge of industrial wastewater into the sanitary sewer without a discharge permit. The term "pretreatment" referred to the reduction, elimination, or alteration in the nature of the pollutant

content of wastewater prior to the discharge of such wastewater to a publicly owned treatment works. Title 40, Code of Federal Regulations, Section 403.3(s).

## COUNT 1
### (Conspiracy)
### (18 U.S.C. § 371)

6. The allegations in paragraphs 1 through 5 of this Indictment are incorporated as though realleged herein.

7. From not later than a date in or about August 2019 and continuing through at least a date in or about December 2020, in the District of Oregon and elsewhere, defendant **KAYLA HARTLEY**, together with individuals both known and unknown to the Grand Jury, knowingly conspired, combined, confederated, and agreed with each other to knowingly own and operate, and caused to be operated, a source, namely a facility located at 1748 NE 25th Ave. in Hillsboro, Oregon, in violation of a pretreatment standard, by introducing trucked or hauled pollutants to a sewer system at a discharge point not designated by the sewage treatment plant to receive such wastes, in violation of 33 U.S.C. § 1317(d).

### MANNER AND MEANS

It was part of this scheme that:

8. **KAYLA HARTLEY** marketed Northwest Slurry to potential customers as able to accept industrial wastewater for disposal.

9. **KAYLA HARTLEY** entered into agreements with wastewater producers and caused the Hillsboro facility to accept industrial wastewater for disposal.

10. **KAYLA HARTLEY** submitted to CWS a discharge permit application that falsely represented that Northwest Slurry would only discharge wastewater from processing "clean slurry" and "oily slurry" to the sanitary sewer.

11. CWS regulators met with **KAYLA HARTLEY** at the Hillsboro facility and explained that the facility could not discharge to the sanitary sewer until CWS issued an industrial waste discharge permit to Northwest Slurry. The regulators further explained that the Northwest Slurry permit would only allow for the discharge of hydro-excavation slurry wastewater. Despite this, **KAYLA HARTLEY** caused Northwest Slurry employees to accept and discharge industrial wastewater to the sanitary sewer without a permit.

## OVERT ACTS

In furtherance of the conspiracy, and to accomplish one or more of its objects, **KAYLA HARTLEY**, and others known and unknown to the Grand Jury, undertook, and caused to be undertaken, one or more of the following over acts, within the District of Oregon:

12. Beginning in August 2019, **KAYLA HARTLEY** communicated with a wastewater hauler about accepting industrial wastewater from Precision Castparts Corp. ("PCC") for disposal at the Northwest Slurry Hillsboro facility. PCC was a company that operated an aeronautical parts manufacturing facility located in Portland, OR. PCC generated industrial wastewater from its manufacturing process etching titanium parts for airplane engines. The industrial wastewater contained pollutants including hydrofluoric acid, titanium, molybdenum, vanadium, arsenic, and other heavy metals.

13. In November 2019, Northwest Slurry applied to CWS for an industrial waste discharge permit at the Hillsboro facility to discharge to the sanitary sewer. The application described the facility as processing "clean slurry," "oily slurry," and "process water."

14. In December 2019, **KAYLA HARTLEY** told a wastewater hauler that the Hillsboro facility could accept up to 15,000 gallons of PCC's industrial wastewater per day.

15. On February 1, 2020, Northwest Slurry sent a letter to PCC stating that PCC was authorized to dump its industrial wastewater at the Northwest Slurry facility for the price of $900.00 per load of industrial wastewater.

16. On February 26, 2020, an employee of Northwest Slurry discharged 45,000 gallons from the Hillsboro facility.

17. In May 2020, **KAYLA HARTLEY** submitted an updated application for an industrial waste discharge permit to CWS stating that the Hillsboro facility would process "clean slurry" and "oily slurry." The application included an attachment that stated: "The proposed project to be installed in the Hillsboro, OR facility will consist of 2 separate innovative semi-solid dewatering technologies. As described below the unit will have a 'clean slurry' operation (receiving mainly native soils mixed with water without known contamination); and a separate 'oily slurry' operation (receiving mainly stormwater drain inlet cleanouts, typically with an oil and grease content ranging from 0.1% up to 25%)." The application included a signed letter authorizing **KAYLA HARTLEY** to act a signatory for permit approval.

18. Between February 2020 and September 2020, **KAYLA HARTLEY** caused Northwest Slurry employees to accept industrial wastewater and stored it in frac tanks at the Hillsboro facility. From February 2020 through September 2020, Bay Area Concrete accepted approximately 500,000 gallons of industrial wastewater from PCC at the Hillsboro facility. The Hillsboro facility never received a permit to discharge industrial wastewater to the sanitary sewer before ceasing operations in 2022.

19. After an employee of Northwest Slurry found a CWS monitoring device in the sewer outside the Hillsboro facility, **KAYLA HARTLEY** sent an email stating that PCC industrial wastewater would instead be shipped to Seattle instead of the Hillsboro facility.

20. On November 17, 2020, CWS regulators conducted a site visit at the Hillsboro facility and **KAYLA HARTLEY** falsely stated that the facility was in "demo mode," was close to being ready to discharge to the sanitary sewer, and was only recirculating material that was onsite to test the Hillsboro facility.

In violation of Title 18, United States Code, Section 371.

### COUNT 2
### (Clean Water Act Violation)
### (33 U.S.C. §§ 1317(d) & 1319(c)(2)(A), & 18 U.S.C. § 2)

21. From on or about July 16, 2020, through on or about September 22, 2020, **KAYLA HARTLEY** knowingly operated and caused to be operated, a source, namely a facility located at 1748 NE 25th Ave. in Hillsboro, Oregon, in violation of a pretreatment standard by introducing trucked or hauled pollutants to a sewer system at a discharge point not designated by the sewage treatment plant to receive such wastes,

In violation of Title 33, United States Code, Sections 1317(d) and 1319(c)(2)(A) and Title 18, United States Code, Section 2.

Dated: July 15, 2025

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

WILLIAM M. NARUS
Acting United States Attorney

ANDREW T. HO, OSB #185047
Assistant United States Attorney